UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**
2017 Rolls-Royce Wraith, VIN: SCA665C55HUX86516 (26-IRS-000338); 2018 Porsche Panamera, VIN: WP0AF2A74JL142359 (26-IRS-000339)

**Misc. No.:** 26-mc-51096
**Honorable:** Linda V. Parker

---

**Stipulation and Order Extending United States' Time to File Forfeiture Complaint and to Toll the Civil Filing Deadline**

---

It is hereby stipulated by and between the United States of America, by and through its undersigned attorneys, Porsche Financial Services ("Porsche"), and Randon Williams ("Williams"), by and through his attorney, Sanford A. Schulman, (Porsche and Williams shall be referred to collectively herein as "claimants" and the United States, Porsche and Williams shall be referred to collectively herein as "parties") as follows:

1. On April 9, 2026, the Internal Revenue Service ("IRS") seized the following property: 2017 Rolls-Royce Wraith, VIN: SCA665C55HUX86516 (26-IRS-000338); and 2018 Porsche Panamera, VIN: WP0AF2A74JL142359 (26-IRS-000339) (referred to herein as the "Subject Property").

2. The Parties acknowledge and stipulate that the IRS provided notice as required by 18 U.S.C. § 983(a)(1)(A) of the seizure and its intent to administratively

forfeit the Subject Property to all known interested parties, including to the claimants.

3. On June 3, 2026, Porsche filed a claim in the administrative forfeiture proceeding with IRS regarding the 2018 Porsche Panamera, VIN: WP0AF2A74JL142359 (26-IRS-000339).

4. On June 17, 2026, Williams filed a claim in the administrative forfeiture proceeding with IRS regarding the Subject Property.

5. No other person(s) has filed a claim to the Subject Property in the administrative forfeiture proceeding.

6. IRS referred the administrative claims to the United States Attorney's Office for civil judicial forfeiture proceedings.

7. Pursuant to 18 U.S.C. § 983(a)(3)(A) and (B), within 90 days after a claim has been filed in an administrative forfeiture proceeding, the United States is required to do one of the following:

(a) file a complaint for forfeiture against the claimed property,

(b) return the claimed property, or

(c) include the claimed property for forfeiture in a criminal action,

in order for the United States to take further action to effect the civil forfeiture of the claimed property in connection with the underlying offense, unless the court extends the deadline for good cause shown or by agreement of the parties. In this case, the

*earliest* 90-day deadline would be **September 1, 2026**.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the 90-day deadline set forth in 18 U.S.C. § 983(a)(3)(A) and (B), and to toll the deadline, in order for the parties to have a reasonable and sufficient period in which to evaluate their respective interests in and positions regarding the Subject Property.

9. The claimants knowingly, intelligently, and voluntarily give up any rights they may have under 18 U.S.C. § 983(a)(3)(A) and (B) to require the United States to file a complaint for forfeiture against the Subject Property, to return the Subject Property, and/or to include the Subject Property for forfeiture in a criminal action by **September 1, 2026**.

10. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Subject Property, to return the Subject Property, and/or to include the Subject Property for forfeiture in a criminal action to toll the civil filing deadline shall be extended **90 days** from **September 1, 2026** to and including **November 30, 2026**.

11. The claimants waive all constitutional and statutory challenges related to the foregoing extension and give up any rights they may have to seek dismissal of any civil forfeiture complaint and/or any criminal forfeiture allegation in a criminal action on the ground that forfeiture proceedings were not timely commenced. The

claimants further waive and agree to the tolling of any rule or provision of law limiting the time for commencing, or providing notice of, forfeiture proceedings with respect to the Subject Property, including, but not limited to, the limitations contained in 18 U.S.C. § 983 and 19 U.S.C. § 1621.

12. The claimants agree that until the United States files a complaint for forfeiture against the Subject Property and/or alleges forfeiture of the Subject Property in a criminal action, or until **November 30, 2026**, whichever occurs first, the Subject Property shall remain in the custody of the United States and the claimants shall not seek its return for any reason in any manner.

13. By signing below, Sanford A. Schulman declares that prior to signing this Stipulation, he provided a copy of it to Williams, reviewed it with Williams, consulted with Williams regarding its contents, answered any questions Williams had about it, determined that Williams understands its terms and is aware of his rights in this matter, and Williams authorized Sanford A. Schulman to sign this Stipulation.

14. Yvette Parker, on behalf of Porsche has read and understands this Agreement or has had this Agreement read to her in a language that she understands.

15. This Stipulation may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together, shall constitute one and the same Stipulation.

16. By their signatures below, the Parties agree to all of the terms and conditions stated herein.

Approved as to form and substance:

JEROME F. GORGON JR.
United States Attorney

S/ Kelly Fasbinder
Kelly Fasbinder (P80109)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9520
Kelly.Fasbinder@usdoj.gov

Dated: August 14, 2026

S/Sanford A. Schulman (with consent)
Sanford A. Schulman (P43230)
Counsel for Randon Williams
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
saschulman@comcast.net

Dated: August 25, 2026

S/Yvette Parker (see attached)
Yvette Parker
On behalf of: Porsche Financial Services
1 Porsche Drive
Atlanta, GA 30354
(770) 290-2050

Dated: August 24, 2026

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 31, 2026

16. By their signatures below, the Parties agree to all of the terms and conditions stated herein.

Approved as to form and substance:

JEROME F. GORGON JR.
United States Attorney

S/ Kelly Fasbinder
Kelly Fasbinder (P80109)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9520
Kelly.Fasbinder@usdoj.gov

Dated: August 14, 2026

____________________________
Sanford A. Schulman (P43230)
Counsel for Randon Williams
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
saschulman@comcast.net

Dated: ______________, 2026

Yvette Parker
Yvette Parker
On behalf of: Porsche Financial Services
1 Porsche Drive
Atlanta, GA 30354
(770) 290-2050

Dated: August 24, 2026

**IT IS SO ORDERED.**

Date:

__________________________________
UNITED STATES DISTRICT JUDGE

5